D STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA, )
)
v. )
)
AMIN BETUNI )
) No. 23 CR 392
) Magistrate Judge M. David Weisman

## FORFEITURE AGREEMENT

Pursuant to the Order Setting Conditions of Release entered in the above-named case on July 14, 2023 for and in consideration of bond being set by the Court for defendant **AMIN BETUNI**, ("defendant") in the amount of $300,000 being partially secured by real property, **AMIN BETUNI (GRANTOR)** hereby understands, warrants and agrees:

1. AMIN BETUNI warrants that he is the record owner and titleholder of the real property located at 10346 South 73rd Avenue, Palos Hills, Illinois, and described legally as follows:

   LOT 28 IN ROBERT BARTLETT'S HARLEM AVENUE GARDEN HOME SITES, BEING A SUBDIVISION OF THE NORTH 1200 FEET OF THE EAST 1/2 OF THE NORTHEAST 114 ABD TGE BIRTG 1575 FEET IF TGE WEST 1/2 OF THE NORTHEAST 1/4 OF SECTION 13, TOWNSHIP 37 NORTH, RANGE 12, EAST OF THE THIRD PRINCIPAL MERIDIAN, IN COOK COUNTY, ILLINOIS.

   Parcel Number(s): 23-13-206-017-0000
   (the "subject property")

2. AMIN BETUNI warrants that there are no outstanding mortgages against the subject property and that his equitable interest in the real property equals at least $265,000.

3. AMIN BETUNI has received a copy of the Court's Order Setting Conditions of Release and understands its terms and conditions.

4. AMIN BETUNI understands and agrees that he will be subject to the terms and conditions of the Order Setting Conditions of Release until any of the following events: (a) he surrenders to serve his sentence; (b) he is taken into custody by order of the court in the above-captioned matter; (c) the above-captioned matter is dismissed against him in its entirety; or (d) judgment is entered in his favor.

5. AMIN BETUNI agrees that public docket entries and filings in the above-captioned matter constitute adequate notice to the surety of all judicial proceedings in the case. AMIN BETUNI understands that modifications to the Court's Order Setting Conditions of Release may occur and may materially change the conditions of release. In exchange for the entry of the Order Setting Conditions of Release, AMIN BETUNI waives any right to receive notice of judicial proceedings from the United States or the Court.

6. AMIN BETUNI understands and agrees that this forfeiture agreement applies to any modified Order Setting Conditions of Release entered by the Court in the above-captioned matter.

7. AMIN BETUNI agrees that his equitable interest in the above-described real property up to the bond amount of $300,000 shall be forfeited to the United States of America should he fail to appear as required by the Court or otherwise violates any condition of the Court's Order Setting Conditions of Release, during the pendency of the order.

8. AMIN BETUNI agrees to execute a quit claim deed in favor of the United States of America, which deed shall be held in the custody of the Clerk of the United States District Court, Northern District of Illinois, until further order of the Court.

9. AMIN BETUNI understands that the United States of America will seek an order from the Court authorizing the United States of America to file and record the above-described deed, and will take whatever other action that may be necessary to perfect its interest in the above-described real property, should he fail to appear as required by the Court or otherwise violates any condition of the Court's Order Setting Conditions of Release, during the pendency of the order.

10. AMIN BETUNI understands and agrees that, should he fail to appear as required by the Court or otherwise violates any condition of the Court's Order Setting Conditions of Release, AMIN BETUNI will be liable to pay the difference, if any, between the bond amount of $300,000 and his equitable interest in the subject property, and AMIN BETUNI hereby agrees to the entry of a default judgment against her for the amount of any such difference.

11. AMIN BETUNI agrees that he will maintain the subject property in good repair, pay all taxes and obligations thereon when due, and will take no action which could encumber the real property or diminish his interest therein, including any effort to sell or otherwise convey the property without leave of Court.

12. AMIN BETUNI understands that if he has knowingly made or submitted or caused to be made or submitted any false, fraudulent or misleading statement or document in connection with this Forfeiture Agreement, or in connection with the bond set for defendant, he is subject to a felony prosecution for making false statements and making a false declaration under penalty of perjury.

13. AMIN BETUNI agrees that the United States shall file and record a copy of this Forfeiture Agreement with the Cook County Recorder's Office as notice of encumbrance in the amount of the bond.

14. AMIN BETUNI hereby declares under penalty of perjury that he has read the foregoing Forfeiture Agreement in its entirety, and the information contained herein is true and correct.

15. AMIN BETUNI understands and agrees that failure to comply with any term or condition of this Forfeiture Agreement will constitute grounds for the United States of America to request that the bond posted for the release of the defendant be revoked.

Date: 7/14/23

_____
AMIN BETUNI
Surety/Grantor

Date: 7/14/23

_____
WITNESS

**Prepared by and Return to:**
Bissell, US Attorney's Office
219 S. Dearborn Street, 5th Floor
Chicago, Illinois 60604